433 A.2d 134

Commonwealth v. Jones, Appellant.

Submitted March 21, 1980. Nicholas V. Pinto, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

433 A.2d 134

Commonwealth v. Lynn, Appellant.

Submitted June 13, 1980. Thomas G. Klingensmith, Assistant Public Defender, Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.